# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX FEDERICO NICOLAS, JR., <br><br> Petitioner, <br><br> v. <br><br> TAMMY L. CAMPBELL, Warden, et al., <br><br> Respondents. | NO. CV 25-01005 JFW (KS) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the April 30, 2025 Report and Recommendation of United States Magistrate Judge ("Report"), Petitioner's Objections and additional filings, and all records herein. Having completed its review, the Court OVERRULES the Objections and DENIES Petitioner's request to file an amended petition (dkt. no. 12) because it would not change the result and would, therefore, be futile. *See Klamath-Lake Pharmaceutical Ass'n v. Klamath Medical Service Bureau*, 701 F.2d 1276, 1293 (9th Cir. 1983) (affirming the district court's denial of a motion to amend based on futility where "amendment . . . could not affect the outcome of this lawsuit.")

\\
\\
\\
\\
\\

1       Further, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the Petition is DISMISSED as an unauthorized second or successive petition under 28 U.S.C. § 2244(b)(2); and (2) Judgment shall be entered dismissing this action without prejudice.

      IT IS SO ORDERED.

DATED: May 29, 2025

                                                JOHN F. WALTER
                                          UNITED STATES DISTRICT JUDGE