JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX FEDERICO NICOLAS, JR., | NO. CV 25-01005 JFW (KS) |
| Petitioner, | |
| v. | JUDGMENT |
| TAMMY L. CAMPBELL, Warden, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: May 29, 2025

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE